# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

February 27, 2017

155132

THOMAS M. SMITH,

      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,

      Defendant.

_____/

SC:  155132
AGC:  16-1744

      On order of the Chief Justice, plaintiff having failed to pay the partial filing fee as required by the order of February 3, 2017, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2017



Clerk

jam